IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 12-0367 |
| MICHAEL A. SLADE, JR. : | |
| COURTENEY L. KNIGHT : | |

## ORDER

**AND NOW**, this 23rd day of August, 2013 upon consideration of Defendant Courteney L. Knight's Motion to Sever (ECF No. 64), and Defendant Michael A. Slade Jr.'s Motion to Sever (ECF No. 66), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**