IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| MICHAEL A. SLADE, JR. | : | |

### O R D E R

**AND NOW**, this  1st  day of   November  , 2013, upon consideration of the Government's Amended Motion *in Limine* and Memorandum of Law to Admit Evidence of Similar Crimes and Acts Pursuant to Rule 404(b) of the Federal Rules of Evidence (ECF No. 151), the Government's Motion and Memorandum of Law to Allow Impeachment of the Defendant Pursuant to Rules 608(b) and 609 of the Federal Rules of Evidence (ECF No. 148), and Defendant Michael A. Slade, Jr.'s Motion *in Limine* and Memorandum of Law to Preclude Extrinsic Evidence and Rule 404(b) Prior Bad Acts (ECF No. 168), it is **ORDERED** as follows:

1. The Government's Motion *in Limine* is **GRANTED** in part and **DENIED** in part as follows:

    A. Evidence concerning Defendant obtaining and later altering a criminal background check in 2005 and 2012 is admissible under Rule 404(b).

    B. Evidence related to Defendant's misrepresentations about his education is not admissible at this juncture.

2. The Government's Motion to Allow Impeachment is **GRANTED**.

3. Defendant's Motion *in Limine* is **GRANTED** in part and **DENIED** in part as follows:

   A. Defendant's request to preclude evidence concerning his misuse of a Laboratory Charter School credit card is **DENIED**.

   B. Evidence concerning Defendant obtaining and later altering a criminal background check in 2005 and 2012 is admissible under Rule 404(b).

   C. Evidence related to Defendant's misrepresentations about his education is not admissible at this juncture.

**IT IS SO ORDERED**.

                                             **BY THE COURT:**

                                             _____
                                             **R. BARCLAY SURRICK, J.**