IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 12-367-03 |
| MICHAEL A. SLADE, JR. | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 19th day of December, 2013, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒ The jury has returned its verdict, finding the defendant not guilty as to: Counts 53, 59, and 64 of the Superseding Indictment

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/R. Barclay Surrick
R. Barclay Surrick, J.

cc:  U.S. Marshal
     Probation Office
     Counsel

12/19/2013
Date
By Whom   C. Franzese

Cr 1 (8/80)